# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00622-CR
## NO. 03-01-00623-CR

**Bobby Roy Anspach, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NOS. 45,475 & 45,940, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

In cause number 45,475, appellant Bobby Roy Anspach pleaded guilty to possessing methamphetamine with intent to deliver, was adjudged guilty by the court, and was sentenced to twenty years= imprisonment. *See* Tex. Health & Safety Code Ann. ' 481.112 (West Supp. 2002). In cause number 45,940, appellant pleaded guilty to failing to appear, was adjudged guilty by the court, and was sentenced to ten years= imprisonment. *See* Tex. Pen. Code Ann. ' 38.10 (West 1994).

Appellant=s court-appointed attorney filed briefs concluding that the appeals are frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of

counsel=s briefs were delivered to appellant, and appellant was advised of his right to examine the appellate records and to file pro se briefs.  No pro se briefs have been filed.

We have reviewed the records and counsel=s briefs and agree that the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals. Counsel=s motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Affirmed

Filed:   May 31, 2002

Do Not Publish